THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY LECLAIR,<br><br>  Plaintiff,<br><br> vs.<br><br>SUTTELL & ASSOCIATES, P.S., &<br>MIDLAND FUNDING, LLC<br><br>  Defendants. | Case No. C09-1047 JCC<br><br>ORDER OF DISMISSAL OF PLAINTIFF'S<br>CLAIMS AGAINST DEFENDANTS |

This matter comes before the Court on the Stipulation for Order of Dismissal with Prejudice and Without Costs of Plaintiff Wendy LeClair and Defendant Suttell & Associates, P.S. (Dkt. No. 55.) Defendant Midland Funding, LLC, was added to the case recently and has not appeared. Based upon that Stipulation, it is hereby ORDERED that all of Plaintiff's claims against Suttell & Associates, P.S., and Midland Funding, LLC, are hereby DISMISSED with prejudice and without fees or costs to any party.

DATED this 14th day of April, 2010.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER– PAGE 1
CAUSE NO. C09-1047 JCC